IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISAIAH HOOD-BEY, A Natural Person, In Propria Persona, Sui Juris (not to be confused with nor substituted with pro Se); and not a Statuatory Person;<br><br>     Plaintiff,<br><br> vs.<br><br>OMAHA PUBLIC SCHOOLS, SUNNY SLOPE ELEMENTARY SCHOOL, MARIA RODEN, Principal; EMILY KIERSCHT, CHI HEALTH IMMANUEL, DEPARTMENT OF HEALTH AND HUMAN SERVICES/CHILD AND FAMILY SERVICES, PROJECT HARMONY, DEPARTMENT OF MOTOR VEHICLES, DOUGLAS COUNTY CORRECTIONS, DOUGLAS COUNTY COURTHOUSE/HALL OF JUSTICE/CRIMINAL & TRAFFIC DIVISION, SEPARATE JUVENILE COURT (FAMILY COURT), STATE OF NEBRASKA, CHAD M. BROWN, Judge; GRANT A. FORSBERG, Judge; THOMAS K. HARMON, Judge; MARCELA A. KEIM, Judge; DEREK R. VAUGHN, Judge; BEAU FINLEY, Judge; DR. ALYSSA BISH, Dr.; JADYN ANDERSON, KAITLIN HAHN, SADIE ABOOD, KEITH KOLLASCH, OMAHA POLICE DEPARTMENT, NOAH ZENDEJAS, Officer, (2513); LUCIANO S RIZZO, (1930); LACEE K GERWECK, (Y656); AUSTIN BECK, (2443); JESSICA | 8:25CV39<br><br>**MEMORANDUM AND ORDER** |

WALKER, (2520); BENJAMIN WEIDNER, (2001); TANNER REISS, (2523); SCOTT, Officer; (first name unknown Badge number 2467); DOUGLAS E. JOHNSON, (1706); and RAAN L. ELLEBB, (2485);

                Defendants.

This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing No. 1, on December 23, 2024, which was docketed on February 4, 2025. However, Plaintiff failed to include the $405.00 filing and administrative fees. Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

    IT IS THEREFORE ORDERED that:

    1.   Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

    2.   The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

    3.   The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **March 7, 2025**: Check for MIFP or payment.

2

Dated this 5th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge